Max H. Stern (SBN 154424)
William S. Berman (SBN 170857)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: mhstern@duanemorris.com
          wsberman@duanemorris.com

Attorneys for Defendants
JAMES E. TURNER and GREENWICH INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CHAMBERLIN,<br><br>          Plaintiff,<br><br>     v.<br><br>GREENWICH INSURANCE COMPANY AND JAMES E. TURNER<br><br>          Defendants. | Case No.: 3:16-cv-02111-RS<br><br>~~PROPOSED~~ **ORDER GRANTING STIPULATION TO MODIFY DATES FOR RULE 26(F) CONFERENCE, ADR DEADLINES AND INITIAL DISCLOSURES CONSISTENT WITH THE AUGUST 4, 2016 CASE MANAGEMENT CONFERENCE AND THE RULES OF CIVIL PROCEDURE**<br><br>Courtroom:  3 – 17th Floor<br>Judge:     Richard Seeborg<br><br>Complaint Filed:   March 16, 2016 |

Having considered the Stipulation, and good cause appearing therefor,

The Stipulation is hereby GRANTED.

1.      The parties shall adhere to the deadlines set forth in Rule 26 of the Federal Rules of Civil Procedure with respect to its requirements regarding the Rule 26(f) conference and initial disclosures in advance of the August 4, 2016 Case Management Conference:

        a.      The Rule 26(f) conference of counsel will take place on July 8, 2016;

        b.      Initial Disclosures will occur on or before July 22, 2016.

///

    2.    Further, the last day to file a Joint Case Management Report is July 28, 2016, and the last day to file an ADR Stipulation or Notice of Need for ADR Phone Conference is continued from June 30, 2016 to July 28, 2016.

IT IS SO ORDERED.

Dated: June 3 0, 2016

_____
Richard Seeborg
U.S. DISTRICT COURT JUDGE

DM1/6991183

2

P.O. GRANTING STIP TO MODIFY DATES FOR RULE 26(F) CONF, ADR    CASE NO.: 3:16-cv-02111-RS
DEADLINES & INITIAL DSCLS CONSISTENT W/ THE AUGUST 4, 2016 CMC & THE RULES OF CIV. PROC.